CO-386
10/2018

# United States District Court
# For the District of Columbia

CAMPAIGN LEGAL CENTER & )
DEMOCRACY 21 )
)
)
)
                  Plaintiff )      Civil Action No. __22-3319_____
vs )
)
FEDERAL ELECTION COMMISSION )
)
)
                 Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Democracy 21_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                      Attorney of Record

                                      /s/ Tara Malloy_____
                                      Signature

DC Bar No. 988280_____      Tara Malloy_____
BAR IDENTIFICATION NO.                            Print Name

                                      1101 14th St. NW, Ste. 400_____
                                      Address

                                      Washington, DC 20005_____
                                      City            State          Zip Code

                                      (202) 736-2200_____
                                      Phone Number